UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) )   3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates To:**

*Debra Sonner, Personal Representative of the Estate
of Brooke Petkevicius v. Bayer Corporation, et al.*      No. 10-cv-20317-DRH

<u>JUDGMENT IN A CIVIL CASE</u>

**DECISION BY COURT.**  This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on February 7, 2014, the above captioned case is **DISMISSED** with prejudice.  Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:   /s/*Sara Jennings*
         **Deputy Clerk**

**Dated:**  February 11, 2014

Digitally signed by
David R. Herndon
Date: 2014.02.11
13:36:40 -06'00'

APPROVED:
         CHIEF JUDGE
         U. S. DISTRICT COURT